**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01552-CV

**BRIAN MAURICE FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-51976-I**

## ORDER

We **ORDER** Leticia Martinez Peterson, Official Court Reporter of County Criminal Court No. 2 of Dallas County, Texas, to file, **by May 13, 2013**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission, to Leticia Martinez Peterson and all counsel of record.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE